IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**Americans for Prosperity**, et al.,
    Plaintiffs,

vs.

**Damien R. Meyer**, in his official capacity as Chairman of the Citizens Clean Elections Commission, et al.,
    Defendants.

Case No. 2:23-CV-00470-ROS

(Assigned to the Honorable Roslyn O. Silver)

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Having reviewed Voters' Right to Know's Motion to Intervene, and any responses and reply thereto, this Court finds there is good cause to GRANT this Motion. Voters' Right to Know is granted intervention.

So ordered this _____ day of _____, 2023.

_____

Hon. Judge Roslyn O. Silver