Daniel J. Adelman (011368)
Chanele N. Reyes (034898)
Arizona Center for Law in the Public Interest
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85004
(602)248-8850
danny@aclpi.org
chanele@aclpi.org

David Kolker* (DC Bar # 394558)
Tara Malloy* (DC Bar # 988280)
Elizabeth D. Shimek* (WI Bar # 1095937)
Campaign Legal Center Action
1101 14th St., NW, Suite 400
Washington, DC 20005
(202)736-2200
dkolker@campaignlegalcenter.org
tmalloy@campaignlegalcenter.org
eshimek@campaignlegalcenter.org
*Appearing *Pro Hac Vice*

*Attorneys for Voters' Right to Know*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Americans for Prosperity**, et al., <br> Plaintiffs, <br> v. <br> **Damien R. Meyer**, in his official capacity as Chairman of the Citizens Clean Elections Commission, et al., <br> Defendants. | No. 2:23-cv-00470-ROS <br><br> **PROPOSED INTERVENOR VOTERS' RIGHT TO KNOW'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Proposed Intervenor Voters' Right to Know in compliance with the provisions of: (*check one*)

 X    Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a

district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

 X   No such corporation.

\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

\_\_\_ Other (please explain)

\_\_\_ Diversity case (Attach additional pages if needed.)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 28th day of April, 2023.

    ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST

    Daniel J. Adelman
    Chanele N. Reyes
    352 E. Camelback Rd., Suite 200
    Phoenix, AZ 85012

    CAMPAIGN LEGAL CENTER

    /s/ Tara Malloy
    David Kolker (*pro hac vice*)
    Tara Malloy (*pro hac vice*)
    Elizabeth D. Shimek (*pro hac vice*)
    1101 14th St., NW, Suite 400
    Washington, DC 20005

    *Attorneys for Voters' Right to Know*