**LAW OFFICES**
**SHERMAN & HOWARD L.L.C.**
2555 EAST CAMELBACK ROAD, SUITE 105
PHOENIX, ARIZONA 85016
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600
(AZ BAR FIRM NO. 00441000)

Craig A. Morgan (AZ Bar No. 023373)
(CMorgan@ShermanHoward.com)
Shayna Stuart (AZ Bar No. 034819)
(SStuart@ShermanHoward.com)
Jake T. Rapp (AZ Bar No. 036208)
(JRapp@ShermanHoward.com)
*Attorneys for Defendant Adrian Fontes*
*in his official capacity as the Arizona Secretary of State*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Americans for Prosperity, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Damien R. Meyer, et al.,<br><br>Defendants. | Case No. 2:23-CV-00470-PHX-ROS<br><br>**ARIZONA SECRETARY OF STATE ADRIAN FONTES' JOINDER IN THE CLEAN ELECTIONS COMMISSION DEFENDANTS' MOTION TO DISMISS**<br><br>(Before the Hon. Roslyn O. Silver) |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Adrian Fontes, in his official capacity as the Arizona of Secretary State, hereby joins in the Citizens Clean Elections Commission Defendants' Motion to Dismiss (filed at Docket No. 23), and for purposes of economy, incorporates the contents of that Motion herein.[1]

Accordingly, for the reasons stated in that Motion, Secretary Fontes requests this Court dismiss this action with prejudice.[2]

---

[1] The Citizens Clean Elections Commission Defendants are, collectively, Amy B Chan, Thomas M Collins, Mark Kimble, Damien R Meyer, Galen D Paton, Steve M Titla.

[2] A Certificate of Consultation pursuant to LRCiv. 12.1(c) is included in this Joinder.

56771622.1

RESPECTFULLY SUBMITTED: April 28, 2023

SHERMAN & HOWARD L.L.C.

By /s/ *Craig A. Morgan*
   Craig A. Morgan
   Shayna Stuart
   Jake T. Rapp
   2555 East Camelback Road, Suite 1050
   Phoenix, Arizona 85016
   *Attorneys for Defendant Adrian Fontes in his official capacity as the Arizona Secretary of State*

ORIGINAL of the foregoing
e-filed with the Court on April 28, 2023

With a COPY of the foregoing
e-delivered through ECF system on April 28, 2023 to:

**GREENBERG TRAURIG, LLP**
Dominic E. Draye
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
drayed@gtlaw.com
*Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek L. Shaffer*
John F. Bash, III*
Jonathan G. Cooper*
1300 I Street NW, Suite 900
Washington, DC 20005
derekshaffer@quinnemanuel.com
johnbash@quinnemanuel.com
jonathancooper@quinnemanuel.com
*Applications *pro hac vice* forthcoming.
*Attorneys for Plaintiffs*

**OSBORN MALEDON, P.A.**
Mary R. O'Grady
James D. Smith
Emma Cone-Roddy
Sarah P. Lawson
2929 North Central Avenue, Suite 2000
Phoenix, AZ 85012
mogrady@omlaw.com
jsmith@omlaw.com
econe-roddy@omlaw.com
slawson@omlaw.com
*Attorneys for Arizona Citizens Clean Elections Commission Defendants*

2

56771622.1

**ARIZONA CENTER FOR LAW IN THE PUBLIC INTEREST**
Daniel J. Adelman
Chanele N. Reyes
352 E. Camelback Rd., Suite 200
Phoenix, AZ 85004
danny@aclpi.org
chanele@aclpi.org
*Attorneys for Proposed Intervenor Voters' Right to Know*

**CAMPAIGN LEGAL CENTER**
David Kolker*
Tara Malloy*
Elizabeth D. Shimek*
1101 14th Street NW, Suite 400
Washington, DC 20005
dkolker@campaignlegalcenter.org
tmalloy@campaignlegalcenter.org
eshimek@campaignlegalcenter.org
*Appearing *pro hac vice*
*Attorneys for Proposed Intervenor Voters' Right to Know*

/s/ Ella Meshke

3

56771622.1

**Certificate of Consultation**
**Pursuant to LRCiv 12.1(c)**

The undersigned hereby certifies that, before filing this Motion, the opposing party was notified of the issues asserted in the Motion and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the pleading party. That notice took the form of an e-mail communication from counsel for the Commission Defendants to Plaintiffs' counsel, which indicated that Secretary Fontes joined in that notice.

By /s/ *Craig A. Morgan*
Craig A. Morgan

*Attorney for Defendant Adrian Fontes in his official capacity as the Arizona Secretary of State*

56771622.1