# EXHIBIT 1

RECEIVED

MAR 2 7 2023

Appeals & Constitutional Litigation

 GreenbergTraurig

Dominic E. Draye
Tel 602.445.8425
drayed@gtlaw.com

March 23, 2023

Kris Mayes
Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004

Warren Petersen
President, Arizona Senate
1700 W. Washington Street
Phoenix, AZ 85007

Ben Toma
Speaker of the House
Arizona House of Representatives
1700 W. Washington Street
Phoenix, AZ 85007

Dear Counsel,

I write to provide notice of claimed unconstitutionality, as required by A.R.S. § 12-1841. The accompanying complaint, which co-counsel and I filed in the United States District Court for the District of Arizona on March 17, 2023, challenges the constitutionality of the recently enacted Proposition 211. Consistent with statutory requirements, Plaintiffs provide the following information:

1.      Counsel for the parties asserting unconstitutionality are as follows:

| | |
|---|---|
| Dominic E. Draye<br>Greenberg Traurig, LLP<br>2375 E. Camelback Rd.<br>Phoenix, AZ 85016<br>602.445.8425<br>drayed@gtlaw.com | Derek L. Shaffer<br>John F. Bash, III<br>Jonathan G. Cooper<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>202.538.8000<br>derekshaffer@quinnemanuel.com<br>johnbash@quinnemanuel.com<br>jonathancooper@quinnemanuel.com |

Kris Mayes, Arizona Attorney General
Warren Petersen, President, Arizona Senate
Ben Toma, Speaker of the House, Arizona House of Representatives
March 23, 2023
Page 2

2.      The case is *Americans for Prosperity et al. v. Damien R. Meyer et al.*, Case No. 2:23-cv-00470-ROS, filed in the United States District Court for the District of Arizona.

3.      Briefly, the claim of unconstitutionality consists of the following two parts, both of which are in violation of the First Amendment on their face and as applied to Plaintiffs here:

    a.    The disclosures, disclaimers, and administrative burdens imposed by the initiative chill protected speech in violation of the First Amendment to the United States Constitution (as made applicable by the Fourteenth Amendment);

    b.    The disclosures, disclaimers, and administrative burdens imposed by the initiative compel association in violation of the First Amendment to the United States Constitution (as made applicable by the Fourteenth Amendment);

4.      This case has just begun; other than the filings enclosed, there are no additional relevant filings at this time.

5.      No hearings are currently scheduled in this case.

    If I can provide any additional information, please do not hesitate to contact me as provided above.

Very truly yours,

Dominic E. Draye

Enclosures:
Complaint for Declaratory Judgment and Permanent Injunctive Relief
Civil Cover Sheet