UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Americans for Prosperity; Americans for Prosperity Foundation,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>Damien R. Meyer, in his official capacity as Chairman of the Citizens Clean Elections Commission; *et al.*,<br><br>　　　　　　　Defendants, | No. 2:23-cv-00470-ROS<br><br>**ORDER GRANTING ARIZONA ATTORNEY GENERAL'S UNOPPOSED MOTION TO INTERVENE**<br><br>(Assigned to the Honorable Roslyn O. Silver) |

　　Having considered the Arizona Attorney General's Unopposed Motion to Intervene, and good cause appearing,

　　IT IS HEREBY ORDERED that the motion is granted and the Attorney General is permitted to file its Motion to Dismiss.