# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Americans for Prosperity, et al., | No. CV-23-00470-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Damien R Meyer, et al., | |
| Defendants. | |

Plaintiffs have stated they do not wish to amend their complaint. (Doc. 49). Therefore, judgment will be entered in favor of Defendants. *See WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding "a plaintiff, who has been given leave to amend, may not file a notice of appeal simply because he does not choose to file an amended complaint" but must obtain "[a] further district court determination").

Accordingly,

**IT IS ORDERED** the Clerk of Court is directed to enter judgment in favor of Defendants on all claims and close this case.

Dated this 10th day of April, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge