# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Americans for Prosperity, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Damien R Meyer, et al.,<br><br>　　　　Defendants. | **NO. CV-23-00470-PHX-ROS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 10, 2024, judgment is entered in favor of Defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 10, 2024

　　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　　　By　Deputy Clerk